UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

D-13 Lawon Carter,

        Defendant.

Criminal No. 21-20354

Hon. Jonathan J.C. Grey

## NOTICE OF FILING EXHIBITS

Notice is hereby given that Government Exhibits 515.8, 621.1, 621.3, 621.11, 621.17, and 621.18 were admitted into evidence at the jury trial and are hereby included in the certified record for purposes of appeal. Copies of these exhibits are attached.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/ Danielle Asher*
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9518
Danielle.Asher@usdoj.gov

Date: October 22, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                          Criminal No.  21-20354

v.

                                                          Hon. Jonathan J.C. Grey

D-13 Lawon Carter,

        Defendant.

## LIST OF TRIAL EXHIBITS

| Ex. No. | Description |
|---------|-------------|
| 515.8   | 19654 Algonac search warrant photo (IMG_8445.JPG) |
| 621.1   | 17247 Goddard Search Warrant Photos (IMG_0428.JPG) |
| 621.3   | 17247 Goddard Search Warrant Photos (IMG_0397.JPG) |
| 621.11  | 17247 Goddard Search Warrant Photos (IMG_0425.JPG) |
| 621.17  | 17247 Goddard Search Warrant Photos (IMG_0396.JPG) |
| 621.18  | 17247 Goddard Search Warrant Photos (IMG_0399.JPG) |







Government Exhibit 621.3 — Photograph of a State of Michigan, Wayne County Circuit Court "Request and Writ for Garnishment (Income Tax Refund/Credit)" form. Case No. 09-017727-CZ. Plaintiff: Farmers Insurance Exchange c/o 3000 Town Center, Suite 2390, Southfield, MI 48075-1387. Defendant: Lawon Lermira-James Carter, 17247 Goddard St., Detroit MI 48212. Plaintiff's attorney: Susan L. Winters (P41153), Ingber & Winters, 3000 Town Center, Suite 2390, Southfield, MI 48075-1387, (248) 353-1070. Tax $266,018.73. Date of issue 9/17/2018. Deputy court clerk /s/ Tashia Marshall.





